NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-443

KELLY ADAMS

VERSUS

WILLIAM TILLEY, DISTRICT ATTORNEY

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 54169
HONORABLE JOHN C. FORD, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

MARC T. AMY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and Glenn B. Gremillion, Judges.

AFFIRMED.

Mark H. Kramar
Assistant District Attorney
Post Office Box 1188
Leesville, LA 71446
(337) 239-2008
COUNSEL FOR DEFENDANT/APPELLEE:
    William E. Tilley

Kelly Adams
Magnolia 1
Louisiana State Penitentiary
Angola, LA 70712
IN PROPER PERSON